WILLIAM B. THORNE, APPELLEE, V. JULIA S. BOWEN AND BILLINGS, BOISE & CO., APPELLANTS.

MAXWELL, J.

The same question is presented in this case as in that of *Julia S. Bowen v. Billings, Boise & Co.,* just decided.

The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED.